**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Salvador Guillermo JIMENEZ–PIZANA,**
**a.k.a. Roberto Jimenez–Pina, a.k.a.**
**Salvador Jimenez–Pizana, Defendant–**
**Appellant.**

**No. 10–10121.**

United States Court of Appeals,
Ninth Circuit.

Submitted June 15, 2011.*

Filed July 1, 2011.

Randall M. Howe, Esquire, Assistant U.S., Office of the U.S. Attorney, Phoenix, AZ, for Plaintiff–Appellee.

Rosemary Marquez, Esquire, Marquez Law Firm, PLLC, Tucson, AZ, for Defendant–Appellant.

Salvador Guillermo Jimenez–Pizana, Bennettsville, SC pro se.

Before: CANBY, O'SCANNLAIN, and FISHER, Circuit Judges.

### MEMORANDUM **

Salvador Guillermo Jimenez–Pizana appeals from the district court's order revoking his supervised release and the 12–month sentence imposed upon revocation. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Jimenez–Pizana's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided the appellant the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED,** and the district court's judgment is **AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.